No. 951. In re Mellen Manufacturing Co. C. A. 3d Cir. Certiorari denied. *Arthur Markowitz* for petitioner. *Paul W. Reeder* for respondents.

No. 950. Local 984, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, AFL–CIO, et al. *v.* Humko Co., Inc., et al. C. A. 6th Cir. Certiorari denied. *L. N. D. Wells, Jr., Charles J. Morris, David Previant* and *Anthony J. Sabella* for petitioners. *Clarence Clifton* for Humko Co., and *John L. Franklin* for Kuhne-Simmons Co., respondents.

No. 957. Hoover *v.* Oklahoma Turnpike Authority. Supreme Court of Oklahoma. Certiorari denied. *Charles R. Nesbitt* for petitioner. *Ned Looney* for respondent.

No. 958. Bank Voor Handel en Scheepvaart, N. V., et al. *v.* Kennedy, Attorney General, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert L. Augenblick* and *Lawrence C. Moore* for petitioners. *Solicitor General Cox, Paul V. Myron* and *Ralph S. Spritzer* for respondents. *Henry P. de Vries* filed a memorandum for J. H. van Roijen, Netherlands Ambassador, as *amicus curiae,* in support of the petition.

No. 959. Air Line Pilots Association, International, et al. *v.* Quesada, Administrator, Federal Aviation Agency. C. A. 2d Cir. Certiorari denied. *Samuel J. Cohen* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.